UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLA MAGENO,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>DAVIDSTEA, INC.,<br>　　　Defendant. | CV 19-6473 DSF (FFMx)<br><br>Order DENYING Motion to Remand (Dkt. No. 11) |

　　　Plaintiff Perla Mageno moves to remand this case, claiming that the amount in controversy requirement for diversity jurisdiction has not been met. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for September 23, 2019 is removed from the Court's calendar.

　　　Plaintiff purports to limit the recovery demanded in the complaint to less than $75,000. This is incorrect on the face of the complaint because, while Plaintiff purports to limit the cost of injunctive relief to less than $50,000 and monetary relief to $24,999,[1] attorney's fees are clearly excluded from these amounts. See Compl. ¶ 49 ("Plaintiff is *also* entitled to reasonable attorneys' fees and costs.") (emphasis added).

---

[1] The Court is skeptical that specific injunctive relief could be demanded yet the cost of that injunctive relief could be artificially limited by the plaintiff to an amount certain regardless of the actual expected cost of the relief sought. However, the Court need not reach this question.

The motion to remand is DENIED.

IT IS SO ORDERED.

Date: September 17, 2019

Dale S. Fischer
United States District Judge