# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLA MAGENO an individual,<br><br>Plaintiff,<br><br>v.<br>DAVIDSTEA INC., a Canadian Corporation and DOES 1-10, inclusive,<br>Defendants. | Case No.: 2:19-cv-06473-DSF-FFM<br><br>**DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | After consideration of the Joint Stipulation for Dismissal of the entire action |
| 2 | with Prejudice filed by Plaintiff Perla Mageno ("Plaintiff") and DavidsTea Inc. |
| 3 | ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's |
| 4 | Complaint in the above-entitled action, in its entirety. Each party shall bear his or |
| 5 | its own attorneys' fees, expert fees, and costs. |
| 6 | IT IS SO ORDERED. |
| 7 | DATED: March 24, 2020 |
| 8 | *[signature]* |
| | Honorable Dale S. Fischer |
| 9 | UNITED STATES DISTRICT JUDGE |